466 A.2d 709

Commonwealth ex rel. Scott v. Scott, Appellant.

Argued June 15, 1983. John A. Prodoehl, Jr., for appellant; David E. Auerbach, for appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

Affirmed.

466 A.2d 709

Gordon, Appellant v. Gordon.

Argued February 23, 1983. John Wesley Jordan, IV, for appellant; James H. Joseph, for appellee.

Before SPAETH, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.